STATE OF CONNECTICUT *v.* KENNETH PRUTTING
(11998)

O'CONNELL, LAVERY and SCHALLER, Js.
Argued February 8—decision released March 7, 1995

*Dante R. Gallucci,* special public defender, for the appellant (defendant).

*Richard F. Jacobson,* assistant state's attorney, with whom, on the brief, were *Donald A. Browne,* state's attorney, and *Stephen J. Sedensky,* assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.